IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TIMOTHY ALLEN GILBERT,       )
                                                        )     Civil Action No. 7:16CV00200
      Plaintiff,           )
                                                        )     **FINAL ORDER**
v.                           )
                                                        )     Hon. Glen E. Conrad
LT. HAYES,                   )     Chief United States District Judge
                                                        )
      Defendant.           )

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

    1.    The plaintiff is **GRANTED** leave to proceed in forma pauperis; and

    2.    The action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and shall be stricken from the court's active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 28th day of April, 2016.

                                                                /s/   Glen E. Conrad
                                                              Chief United States District Judge